1   ANDRITCH & AED
    BRIAN C. ANDRITCH, SBN #203808
2   2104 Merced, Suite 102
    Fresno, CA  93721
3   Telephone: (559) 495-0200
    Fax: (559) 495-0123
4
    Attorney for Defendant
5   JIAN ZOU

6

             IN THE UNITED STATES DISTRICT COURT

7

            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

  UNITED STATES OF AMERICA,    )    Case No. No. 1:16-PO-0068 SAB
                                 )
10             Plaintiff,       )    STIPULATION TO ALLOW FIXED-SUM
                                 )    PAYMENT IN LIEU OF APPEARANCE;
11   v.                       )    ORDER
                                 )
12   JIAN ZOU,               )
                                 )
13             Defendant.      )
                                 )
14                                  )
  _____ )

15

16       **IT IS HEREBY STIPULATED** by and between the parties through their respective

17 counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Brian

  C. Andritch, counsel for defendant Jian Zou, that this case shall be resolved by payment of a
18
  fixed-sum in lieu of Ms. Zou's appearance pursuant to Federal Rule of Criminal Procedure
19
  58(d)(1) and Local Rule Crim. 410.
20
       Ms. Zou agrees to pay a $150.00 fine and $25.00 processing fee, for a total of $175.00 on
21
  or before September 30, 2016.  Payment shall be made to the Central Violations Bureau.  Upon
22
  payment, the parties agree that the trial currently scheduled for October 17, 2016 will be vacated,
23
  and the Government will move for a dismissal of this case as to all defendants, in the interest of
24
  justice.
25
  / / /
26
  / / /
27

28

Respectfully submitted,

Phillip Talbert
Acting United States Attorney

Date:  September 26, 2016      /s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

Date: September 26, 2016      /s/ Brian C. Andritch
BRIAN C. ANDRITCH
Attorney for Defendant
JIAN ZOU

### O R D E R

IT IS SO ORDERED.  Defendant JIAN ZOU is ordered to pay a $150 fine and a $25 processing fee, for a total financial obligation of $175.  The entire financial obligation must be paid in full by September 30, 2016.   If Ms. Zou has paid her financial obligation in full by September 30, 2016, the trial scheduled for October 17, 2016 will be vacated and the case will be terminated.

IT IS FURTHER ORDERED that once the payment is received the government shall submit dismissal motions and proposed orders as to each defendant it moves to dismiss under this stipulation.

IT IS SO ORDERED.

Dated:   **September 27, 2016**

_____
UNITED STATES MAGISTRATE JUDGE