1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-PO-00068-SAB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL AND CLOSE CASE |
| v. | |
| JIAN ZOU, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Phillip A. Talbert, Acting United States Attorney and Michael G. Tierney, Assistant U.S. Attorney, and defendant, Jian Zou, and her counsel Brian C. Andritch, hereby stipulate as follows:

1. This matter was set for a trial on October 17, 2016 at 10:30 a.m.

2. The defendant has paid the violation notice issued in this matter.

3. By this stipulation, the parties now move to vacate the October 17, 2016 trial and close this matter.

IT IS SO STIPULATED.

Dated:  September 30, 2016          PHILLIP A. TALBERT
                                    Acting United States Attorney


                                    /s/ *MICHAEL G. TIERNEY*
                                    MICHAEL G. TIERNEY
                                    Assistant United States Attorney


Dated:  September 30, 2016          /s/ *Brian C. Andritch*
                                    BRIAN C. ANDRITCH
                                    Defendant's Attorney


## ORDER

For good cause appearing, this Court vacates the trial scheduled for October 17, 2016 and directs the Clerk's office to close this matter.

IT IS SO ORDERED.

Dated:   **September 30, 2016**          _____
                                          UNITED STATES MAGISTRATE JUDGE

2